United States District Court
Southern District of Texas
**ENTERED**
April 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN WATTS, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-332 |
| | § § | |
| ASI LLOYDS, | § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this law suit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so Ordered.

SIGNED on this 20th day of April, 2016.

_____
Kenneth M. Hoyt
United States District Judge