United States District Court
Southern District of Texas
**ENTERED**
June 10, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN WATTS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-332 |
| § | |
| ASI LLOYDS, § | |
| § | |
| Defendant. § | |

## AGREED ORDER OF DISMISSAL

On this day, came to be considered, the parties' agreed motion to dismiss with prejudice (Dkt. No. 10). Having considered the agreed motion based upon a confidential settlement entered between the plaintiff, Brian Watts and the defendants', ASI Lloyds and Aaron Reagan, the Court hereby DISMISSES WITH PREJUDICE all claims and causes of action asserted by the plaintiff against the defendants.

IT IS FURTHER **ORDERED** that each party shall bear their/ its own respective costs and attorneys' fees.

SIGNED on this 10th day of June, 2016.

_____
Kenneth M. Hoyt
United States District Judge